**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**OHIO STANDS UP!, et al.,**             CASE NO. 3:20 CV 2814

    Plaintiffs,

    v.                                      JUDGE JAMES R. KNEPP II

**U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES, et al.,**

    Defendants.             **ORDER**

    This matter came before the Court on Plaintiffs' Motion for a Temporary Restraining Order. (Doc. 11). The Court held a phone conference on March 2, 2021, attended by Robert J. Gargasz, Thomas B. Renz, and N. Ana Garner on behalf of Plaintiffs, and Angelita Cruz Bridges, Sudevi Ghosh, and Carol Liang on behalf of Defendants. Court reporter Sarah Nageotte made a record of the proceedings.

    For the reasons stated on the record, Plaintiffs' Motion for a Temporary Restraining Order (Doc. 11) is denied.

    Further, as discussed on the record, Plaintiffs are granted leave and ordered to file an Amended Complaint that complies with Federal Rules of Civil Procedure 8(a)(2) and 10(b) by **March 31, 2021**. Defendants shall plead or respond to that Amended Complaint by **April 30, 2021**. Should Defendants file a Motion to Dismiss, Plaintiffs' response thereto shall be due **June 7, 2021**, and Defendants' reply shall be due **July 7, 2021**.

The Court holds in abeyance a ruling regarding Plaintiffs' request for preliminary injunctive relief pending a determination regarding the above filings.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE