# United States District Court for the Northern District of Ohio

Ohio Stands Up!, et al.

**Plaintiff,**s

vs.

U.S. Department of Health & Human Services, et al.

**Defendant.**s

CASE NO. 3:20-CV-02814

Judge James R. Knepp II

# NOTICE OF APPEAL

Notice is hereby given that  Kristen Beckman and Dr. Douglas Frank ,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Judgment Entry (#36) and Memorandum Opinion and Order (#35)

(the final judgment) (from an order (describing it))

entered in this action on the 28th day of September, 2021.

(s) Robert J. Gargasz

Address: 1670 Cooper Foster Park Road
Lorain, OH 44053

Phone #: (440) 960-1670

Attorney for Plaintiffs, Kristen Beckman and Dr. Douglas Frank

Supreme Court No. 0007136

6CA-3